IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:01CR318 |
| | ) | |
| v. | ) | |
| | ) | |
| TAFT DUNCAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motions to reduce sentence (Filing Nos. 47 and 51), and the stipulation of the parties (Filing No. 52).  Pursuant to the retroactive amendment to the cocaine base guidelines, the defendant's final offense level is reduced from 35 to 33.  His criminal history category remains at III.  The government and defense agree that his sentence should be reduced to one hundred nineteen (119) months imprisonment, considering the prior computation of specific offense characteristics, adjustments, and departures.  Accordingly,

IT IS ORDERED:

1) Said motions to reduce sentence are granted and the stipulation of the parties is approved and adopted; the sentence of the defendant is reduced to one hundred nineteen (119) months.

2) The conditions of supervised release entered in the original judgment and committal order remain in full force and effect.

DATED this 3rd day of April, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court