IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:01CR318 |
| | ) | |
| v. | ) | |
| | ) | |
| TAFT DUNCAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On October 1, 2013, a final disposition hearing was held on the petition for warrant or summons for offender under supervision (Filing No. 61). Plaintiff appeared by David M. Wear, Assistant United States Attorney. Defendant was present and represented by Richard H. McWilliams, Assistant Federal Public Defender.

The defendant admitted Allegation 1 of the petition, and the Court found defendant to be in violation of his conditions of supervised release. The Court then proceeded to sentencing.

IT IS ORDERED that the defendant is committed to the Bureau of Prisons for a term of 6 months. Upon completion of the term of imprisonment, no further term of supervised release is imposed.

DATED this 1st day of October, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this ____day of _____, 201__.

```
                                    _____
                                    Signature of Defendant
```

**RETURN**

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__, to _____, with a certified copy of this judgment.

```
                                    UNITED STATES WARDEN


                                    By:_____
```

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

**CERTIFICATE**

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

```
                                    UNITED STATES WARDEN


                                    By: _____
```