IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:01CR318 |
| | ) | |
| v. | ) | |
| | ) | |
| TAFT DUNCAN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for correction of judgment and commitment order (Filing No. 78). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the order nunc pro tunc (Filing No. 77) is amended to include the provision that defendant's sentence be served at a facility as close to Omaha, Nebraska, as possible.

DATED this 8th day of October, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court